# Exhibit 1

# United States of America
## United States Patent and Trademark Office

# BRUNO MARS

**Reg. No. 4,143,492**

**Registered May 15, 2012**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**



*Director of the United States Patent and Trademark Office*

BRUNO MARS MUSIC, LLC (CALIFORNIA LIMITED LIABILITY COMPANY)
C/O M3 MANAGEMENT INC.
8335 SUNSET BLVD.
LOS ANGELES, CA 90069

FOR: MUSICAL SOUND RECORDINGS; AUDIO-VISUAL RECORDINGS, NAMELY, COMPACT DISCS, TAPE CASSETTES, AUDIO CASSETTES, AUDIO TAPES, AUDIO DISCS, PHONOGRAPH RECORDS, CD-ROMS, VIDEO TAPES, VIDEO CASSETTES, VIDEO DISCS, DVDS, DIGITAL AUDIO TAPES (DATS), DOWNLOADABLE MP3 FILES, AND LASER DISCS, ALL FEATURING MUSIC, TELEVISION AND MOTION PICTURE SOUND TRACKS, TELEVISION PROGRAMS AND MOTION PICTURES; DOWNLOADABLE MUSICAL SOUND RECORDINGS; DOWNLOADABLE VIDEO RECORDINGS FEATURING MUSIC; DOWNLOADABLE ELECTRONIC PUBLICATIONS IN THE NATURE OF BOOKS, MAGAZINES, JOURNALS, BROCHURES, LEAFLETS, PAMPHLETS AND NEWSLETTERS, ALL IN THE FIELD OF MUSIC AND ENTERTAINMENT; COMPACT DISC CASES AND PROTECTIVE COVERS; FACE PLATES FOR CELL PHONES; SUNGLASSES AND SUNGLASS FRAMES; DOWNLOADABLE MUSIC, RING TONES, GRAPHICS, AND ELECTRONIC GAMES VIA THE INTERNET AND WIRELESS DEVICES; DOWNLOADABLE WIRELESS ENTERTAINMENT SOFTWARE VIA THE INTERNET AND WIRELESS DEVICES, NAMELY, RING TONES, SCREEN SAVERS AND IMAGES, AND WALLPAPER; PROVIDING A WEBSITE FEATURING DOWNLOADABLE MUSICAL PERFORMANCES, MUSICAL VIDEOS, RELATED FILM CLIPS AND PHOTOGRAPHS; PROVIDING DOWNLOADABLE PRERECORDED MUSIC, INFORMATION IN THE FIELD OF MUSIC, COMMENTARY AND ARTICLES ABOUT MUSIC, ALL ONLINE VIA A GLOBAL COMPUTER NETWORK, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 5-0-2010; IN COMMERCE 5-0-2010.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

THE NAME "BRUNO MARS" IDENTIFIES A LIVING INDIVIDUAL WHOSE CONSENT IS OF RECORD.

SN 85-128,896, FILED 9-14-2010.

SAMUEL E. SHARPER JR., EXAMINING ATTORNEY

United States of America
United States Patent and Trademark Office

# BRUNO MARS

**Reg. No. 4,147,313**
**Registered May 22, 2012**
**Int. Cl.: 25**

**TRADEMARK**
**PRINCIPAL REGISTER**

BRUNO MARS MUSIC, LLC (CALIFORNIA LIMITED LIABILITY COMPANY)
C/O M3 MANAGEMENT INC.
8335 SUNSET BLVD.
LOS ANGELES, CA 90069

FOR: CLOTHING, NAMELY, SHIRTS, LONG-SLEEVED SHIRTS, T-SHIRTS, TOPS, CROP TOPS, TANK TOPS, SWEAT SHIRTS, HOODED SWEAT SHIRTS, WRIST BANDS, UNDERWEAR, LOUNGEWEAR, ROBES, UNDERCLOTHES, PAJAMAS, SLEEPWEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 8-0-2010; IN COMMERCE 8-0-2010.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

THE NAME "BRUNO MARS" IDENTIFIES A LIVING INDIVIDUAL WHOSE CONSENT IS OF RECORD.

SN 85-128,915, FILED 9-14-2010.

SAMUEL E. SHARPER JR., EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office

# BRUNO MARS

**Reg. No. 4,625,163**
**Registered Oct. 21, 2014**
**Int. Cl.: 16**

**TRADEMARK**

**PRINCIPAL REGISTER**

BRUNO MARS MUSIC, LLC (CALIFORNIA LIMITED LIABILITY COMPANY)
10960 WILSHIRE BLVD., 5TH FLOOR
NIGRO KARLIN SEGAL FELDSTEIN & BOLNO LLC
LOS ANGELES, CA 90024

FOR: POSTERS; TEMPORARY TATTOOS; STICKERS; DECALS; SHEET MUSIC; PRINTS; PHOTOGRAPHS; BOOKS FEATURING CONCERT TOURS; PRINTED CONCERT PROGRAMS; EVENT PROGRAMS AND SOUVENIR EVENT ALBUMS OF CONCERT PERFORMANCES; BOOKLETS, PAMPHLETS AND BROCHURES, ALL OF THE AFORESAID FEATURING MUSIC, MUSICAL PERFORMANCES AND ARTISTS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 2-28-2011; IN COMMERCE 2-28-2011.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

THE NAME "BRUNO MARS" IDENTIFIES A LIVING INDIVIDUAL WHOSE CONSENT IS OF RECORD.

SN 85-128,903, FILED 9-14-2010.

SAMUEL E. SHARPER JR., EXAMINING ATTORNEY



*Michelle K. Lee*
Deputy Director of the United States
Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office

# XXIVK MAGIC

**Reg. No. 5,915,219**
**Registered Nov. 19, 2019**
**Int. Cl.: 25**
**Trademark**
**Principal Register**

Mars Force Trademarks, LLC (DELAWARE LIMITED LIABILITY COMPANY)
C/o Nigro Karlin Segal Feldstein & Bolno
10960 Wilshire Blvd., 5th Floor
Los Angeles, CALIFORNIA 90024

CLASS 25: Clothing, namely, shirts, pants, stretch pants, tops, tank tops, sweat pants

FIRST USE 7-15-2017; IN COMMERCE 7-15-2017

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 87-270,336, FILED 12-15-2016



Director of the United States
Patent and Trademark Office